AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Scott A. Whittington

**SUMMONS IN A CIVIL ACTION**

V.

United States of AMERICA

Case: 1:07-cv-02135
Assigned To : Leon, Richard J.
Assign. Date : 11/26/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Michael B. Mukasey,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE ▬▬▬ (name and address)

Scott A. Whittington
131 Jackrabbit Road
PO Box 2147
Woodland, Washington 98674
360-225-1838

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          NOV 26 2007

CLERK                                      DATE

_/s/_ 
(By) DEPUTY CLERK

```
========================================
              PARKROSE
          PORTLAND, Oregon
              972309998
            4067870020-0095
12/07/2007 (800)275-8777 03:28:47 PM
========================================
============ Sales Receipt =============
Product         Sale    Unit     Final
Description     Qty     Price    Price

WASHINGTON DC 20530              $1.48
Zone-8 First-Class
Large Env
4.10 oz.
Return Rcpt (Green               $2.15
Card)
Registered                       $9.50
    Insured Value :      $0.00
    Article Value :      $0.00
    Label #:    RE150807999US
                                 ========
Issue PVI:                       $13.13

WASHINGTON DC 20001              $1.48
Zone-8 First-Class
Large Env
4.10 oz.
Return Rcpt (Green               $2.15
Card)
Registered                       $9.50
    Insured Value :      $0.00
    Article Value :      $0.00
    Label #:    RE150808005US
                                 ========
Issue PVI:                       $13.13
                                 ==========
Total:                           $26.26

Paid by:

Cash                             $27.00
Change Due:                      -$0.74

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000500328033
Clerk:10

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.
*************************************
```

**Registered No.** RE150807999US  **Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee $ | $9.50 | Special Delivery $ | 0020 |
| Handling Charge $ | $0.00 | Return Receipt $2.15 | 10 |
| Postage $ | $1.48 | Restricted Delivery $0.00 | 12/07/07 |

Received by

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: SCOTT WHITTINGTON
PO BOX 2147
WOODLAND WA 98674

TO: MICHAEL B MUKASEY
US ATTORNEY GENERAL
950 PENNSYLVANIA AVE
WASHINGTON DC 20530

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy) (See Information on Reverse)

---

**Registered No.** RE150808005US  **Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee | $9.50 | | 0020 |
| Handling Charge | $0.00 | Return Receipt $2.15 | 10 |
| Postage | $1.48 | Restricted Delivery $0.00 | 12/07/07 |

Received by

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM: Scott Whittington
P.O. Box 2147
Woodland WA 98674

TO: JEFFERY A TAYLOR
WASHINGTON DC 20001 ATTORNEY
CIVIL PROCESS CLERK
555 4TH STREET NW
WASHINGTON DC 20001

PS Form 3806, May 2004 (7530-02-000-9051)  Receipt for Registered Mail  Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT)<br>Kevin Davis | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): USPS REGISTERED MAIL # RE 150807999US
TO: MICHAEL B MUKASEY- U.S. ATTORNEY GENERAL - 950 PENNSYLVANIA AVE
WASHINGTON D.C. 20530

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-7-07
              Date                    Signature of Server

16300 SE Hwy 224 #19  Damascus OR 97089
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                                              District of         Columbia

Scott A. Whittington

**SUMMONS IN A CIVIL ACTION**

V.

United States of AMERICA

CAS  Case: 1:07-cv-02135
Assigned To : Leon, Richard J.
Assign. Date : 11/26/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Jeffrey A. Taylor,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S  PRO SE  ▓▓▓▓▓  (name and address)

Scott A. Whittington
131 Jackrabbit Road
PO Box 2147
Woodland, Washington 98674
360-225-1838

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    NOV 2 6 2007

CLERK                                                                    DATE

_/s/_
(By) DEPUTY CLERK

```
=====================================
            PARKROSE
         PORTLAND, Oregon
            972309998
          4067870020-0095
12/07/2007 (800)275-8777 03:28:47 PM
=====================================
========= Sales Receipt =========
Product        Sale  Unit      Final
Description     Qty  Price     Price

WASHINGTON DC 20530             $1.48
Zone-8 First-Class
Large Env
4.10 oz.
  Return Rcpt (Green            $2.15
  Card)
  Registered                    $9.50
  Insured Value :      $0.00
  Article Value :      $0.00
  Label #:     RE150807999US
                                ========
Issue PVI:                     $13.13

WASHINGTON DC 20001             $1.48
Zone-8 First-Class
Large Env
4.10 oz.
  Return Rcpt (Green            $2.15
  Card)
  Registered                    $9.50
  Insured Value :      $0.00
  Article Value :      $0.00
  Label #:     RE150808005US
                                ========
Issue PVI:                     $13.13
                              ==========
Total:                         $26.26

Paid by:

Cash                           $27.00
Change Due:                    -$0.74

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

Bill#:1000500328033
Clerk:10

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
*********************************
```

**Receipt for Registered Mail** (Customer Copy) — PS Form 3806, February 1995

| Registered No. RE150807999US | | Date Stamp |
|---|---|---|
| Reg. Fee $9.50 | Special Delivery $ | 0020 |
| Handling Charge $0.00 | Return Receipt $2.15 | 10 |
| Postage $1.48 | Restricted Delivery $0.00 | 12/07/07 |

Received by: [signature]
Customer Must Declare Full Value $0.00
Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: SCOTT WHITTINGTON
PO BOX 2147
WOODLAND WA 98674

TO: MICHAEL B MUKASEY
U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE
WASHINGTON DC 20530

---

**Receipt for Registered Mail** Copy 1 - Customer — PS Form 3806, May 2004

| Registered No. RE150808005US | | Date Stamp |
|---|---|---|
| Reg. Fee $9.50 | | 0020 |
| Handling Charge $0.00 | Return Receipt $2.15 | 10 |
| Postage $1.48 | Restricted Delivery $0.00 | 12/07/07 |

Received by:
Customer Must Declare Full Value $0.00
Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM: Scott Whittington
P.O. Box 2147
Woodland WA 98674

TO: JEFFREY A TAYLOR
US ATTORNEY
CIVIL PROCESS CLERK
555 4TH STREET NW
WASHINGTON DC 20001

For domestic delivery information, visit our website at www.usps.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) Kevin Davis | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): USPS REGISTERED MAIL # RE 150 808005 US
JEFFREY A TAYLOR — UNITED STATES ATTORNEY, DISTRICT OF COLUMBIA
555 4TH STREET, NW — WASHINGTON, DISTRICT OF COLUMBIA 20530

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12-7-07
                      Date                             Signature of Server

16300 SE Hwy 224 #19 Damascus OR 97089
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.