IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT WHITTINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:07-cv-02135 (RJL) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the United States in the above-captioned proceeding.

DATE: February 19, 2008.

                                              Respectfully submitted,

                                              /s/ Yonatan Gelblum
                                              YONATAN GELBLUM
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Post Office Box 227
                                              Washington, DC  20044
                                              Phone/Fax:  (202) 305-3136/514-6866
                                              Email: Yonatan.Gelblum@usdoj.gov
                                              Bar No. CA 254297

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

3072278.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT WHITTINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07-cv-02135 (RJL) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon plaintiff *pro se* on the 19th day of February, 2008, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

SCOTT A. WHITTINGTON
131 Jackrabbit Road
P.O. Box 2147
Woodland, Washington 98674


/s/ Yonatan Gelblum
YONATAN GELBLUM

3072278.1