UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SCOTT WHITTINGTON,           )
                             )
        Plaintiff,           )
                             )
    v.                       )   Civil Case No. 07-2135 (RJL)
                             )
UNITED STATES,               )
                             )
        Defendant.           )
                             )

ORDER
(February 22, 2008)

Pending before the Court is defendant United States' Motion to Dismiss Complaint, which was filed on February 19, 2008. Because a ruling on defendant's motion may dispose of the case, plaintiff is advised of his obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the Defendant's motion within 30 days of this Order. If the plaintiff fails to respond, the Court may treat the motion as conceded and dismiss the complaint against the defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge