IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SCOTT WHITTINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-cv-02135 (RJL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION FOR A CONTINUANCE OF THE RULE 26(f) AND LOCAL CIVIL RULE 16.3 CONFERENCE**

DEFENDANT, the United States of America, moves for a continuance of the rule 26(f) and local civil rule 16.3 conference in the above-captioned matter until the Court has ruled on its pending motion to dismiss the case.  The United States filed this motion on February 19, asserting that this Court lacks jurisdiction, because, inter alia, the Court has previously determined that it lacked jurisdiction to adjudicate an almost identical complaint filed by the plaintiff. (Docket No. 6)  Because the Court, by order dated February 22, gave the plaintiff 30 days to respond to the United States' motion (Docket No. 7), and by its Case Management Order dated December 12, 2007 ordered the parties to confer pursuant to rule 26(f) and local civil rule 16.3 within 30 days of the filing of a rule 12(b) motion (Docket No. 3), the Court will presumably not rule on the motion prior to the conference deadline.

Since the United States' motion would dispose of the entire case and the Court's prior ruling suggests that there is some likelihood that the United States' motion will be

3093317.2

granted, the United States respectfully requests that the Court amend its Case Management Order to require the parties to confer only if it denies the United States' motion to dismiss.

Pursuant to LCvR 7(m), counsel for the United States certifies that he attempted to call the plaintiff four times, leaving a message to call back each time in order to determine whether this motion would be opposed or not, and plaintiff has not returned his calls.

DATE: March 7, 2008.

Respectfully submitted,

/s/ Yonatan Gelblum
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 305-3136/514-6866
Email: Yonatan.Gelblum@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

3093317.2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT WHITTINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07-cv-02135 (RJL) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION FOR A CONTINUANCE OF THE RULE 26(f) CONFERENCE and PROPOSED ORDER were caused to be served upon plaintiff *pro se* on the 7th day of March, 2008, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

    SCOTT A. WHITTINGTON
    131 Jackrabbit Road
    P.O. Box 2147
    Woodland, Washington 98674


    /s/ Yonatan Gelblum
    YONATAN GELBLUM

-2-

3093317.2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT WHITTINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-02135 (RJL) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

Having considered the United States' motion for a continuance, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2008, at Washington, District of Columbia,

ORDERED that the United States' application be and is GRANTED;

ORDERED that should the Court deny the United States' motion to dismiss, the parties shall confer pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3 within ____ days of an order by the Court denying said motion;

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

3093911.2

COPIES TO:

YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Yonatan.Gelblum@usdoj.gov

SCOTT A. WHITTINGTON
*Plaintiff pro se*
131 Jackrabbit Road
P.O. Box 2147
Woodland, Washington 98674