# United States District Court
## IN THE DISTRICT OF COLUMBIA

Scott A. Whittington,
P.O. Box 2147,
360-225-1848

Case No. 1:07-CV-02135 (RJL)

Plaintiff,

v.

United States

Defendant.

**RECEIVED**
APR 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## REQUEST FOR LEAVE TO AMEND COMPLAINT

### I
### INTRODUCTION

1. Although Fed. R. Civ. P. 15(a) establishes a Party's right to amend pleadings before a responsive pleading is served[1], Plaintiff in the above-captioned case nonetheless requests the Court grant leave to amend, which "shall be freely given when justice so requires". <u>Rule 15(a), Federal Rules of Civil Procedure</u>.

### II

### PLAINTIFF SEEK(S) LEAVE TO AMEND TO INCLUDE A STATEMENT OF FACTS

2. Haines v. Kerner, 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652 affords pro se Plaintiffs wide latitude in their pleadings. If Plaintiff's Complaint in the instant case is factually deficient, Plaintiff asserts that dismissal would be a drastic remedy, and

---

[1] Rule 15. Amended and Supplemental Pleadings
(a) AMENDMENTS. A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders.

that the ends of justice, for which this Honorable Court, and its Rules, exist, would be best served by affording this pro se Plaintiff to Amend his Complaint to include a Statement of Facts to cure any factual deficiency.

### STATEMENT OF FACTS TO CURE ANY PURPORTED DEFICIENCY WILL BE FILED WITHIN 10 DAYS

7. Plaintiff will have the STATEMENT OF FACTS prepared and filed to the Court within 10 days of this Motion.

WHEREFORE, Plaintiff request(s) the Court grant leave to file the Amended Complaint, lodged herewith.

Dated: __APRIL 8TH__, 2006

_____
Scott A. Whittington

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing and a copy of the amended complaint on defendant's attorney at his address of record.

Dated _APRIL 8TH_____, 2008

_[signature]_
Scott A. Whittington