IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT WHITTINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07-cv-02135 (RJL) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

DEFENDANT, the United States of America, respectfully moves the Court to extend its time for filing an answer or dispositive motion to the plaintiff's amended complaint to May 30, 2008.  On May 7, 2008, the Court granted the plaintiff's motion for leave to amend his complaint.  Accordingly, the United States has until May 21, 2008 to respond.  Fed. R. Civ. P. 6(a)(2) & 15(a)(3); LCvR 15.1.  Plaintiff's amended complaint contains a 60-page "Statement of Facts," which lists over 150 numbered allegations.  Because the United States must address each of those allegations in its response, it needs additional time to examine the complaint.

Pursuant to Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for filing answers and dispositive motions, among other things.  *See Poe v. Christina Copper Mines, Inc.*, 15 F.R.D. 85, 87-88 (D. Del. 1953)  As Professor Moore has commented:

> Ordinarily, of course, the court should be liberal in granting extensions of time before the period to act has elapsed, so

      long as the moving party has not been guilty of negligence
or bad faith and the privilege of extensions is not abused.

2 Moore, *Federal Practice*, § 6108 at 6-83; *Motzinger v. Flynt*, 119 F.R.D. 373, 375 (M.D.N.C. 1988); *Baden v. Craig-Hallum, Inc.*, 115 F.R.D. 582, 585 (D. Minn. 1987). The United States has not been guilty of negligence or bad faith, nor has it abused the privilege of extensions.

      Pursuant to LCvR 7(m), counsel for the United States certifies that he contacted the plaintiff to ascertain his position on the relief sought and that the plaintiff is opposed to this motion on the grounds that the United States has already had sufficient time to respond to his amended complaint.

      DATE: May 20, 2008.

Respectfully submitted,

/s/ Yonatan Gelblum
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 305-3136/514-6866
Email: Yonatan.Gelblum@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT WHITTINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07-cv-02135 (RJL) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT and PROPOSED ORDER were caused to be served upon plaintiff *pro se* on the 20th day of May, 2008 by first class mail addressed as follows:

SCOTT A. WHITTINGTON
131 Jackrabbit Road
Woodland, Washington 98674


/s/ Yonatan Gelblum
YONATAN GELBLUM

-2-   3294365.2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT WHITTINGTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:07-cv-02135 (RJL) |
| UNITED STATES, | ) |
| Defendant. | ) |

### **O R D E R**

Having considered the United States' motion for enlargement of time in which to respond to Plaintiff's amended complaint, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2008, at Washington, District of Columbia,

ORDERED that the motion for leave to file is GRANTED;

ORDERED that the United States shall have until _____, 2008 to respond to the plaintiff's amended complaint;

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

3292439.1

COPIES TO:

YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Yonatan.Gelblum@usdoj.gov

SCOTT A. WHITTINGTON
*Plaintiff pro se*
131 Jackrabbit Road
P.O. Box 2147
Woodland, Washington 98674

3292439.1