IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT WHITTINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:07-cv-02135 (RJL) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR A CONTINUANCE OF THE RULE 26(f) AND LOCAL CIVIL RULE 16.3  CONFERENCE**

DEFENDANT, the United States of America, moves for a continuance of the rule 26(f) and local civil rule 16.3 conference in the above-captioned matter until the Court has ruled on its pending motion to dismiss the plaintiff's amended complaint.  On March 17, 2008, the Court granted the United States' motion to continue the rule 26(f) and LCvR 16.3 conference required under the Court's Case Management Order dated December 12, 2007, until 15 days after the Court had ruled on the United States' initial motion to dismiss.  On July 18, 2008, the Court denied the United States' motion on the grounds of mootness, after the plaintiff had filed an amended complaint.

Currently pending before this Court is the United States' motion to dismiss plaintiff's amended complaint.  Since the United States' motion would dispose of the entire case, and the Court's prior ruling on a related complaint previously filed by the plaintiff suggests that there is some likelihood that the United States' motion will be granted, the United States respectfully requests that the Court amend its prior order to

require the parties to confer only if it denies the United States' motion to dismiss the plaintiff's amended complaint.

Pursuant to LCvR 7(m), counsel for the United States certifies that he contacted the plaintiff in regard to this motion, and the plaintiff has stated that he opposes this motion.

DATE: July 25, 2008.

Respectfully submitted,

/s/ Yonatan Gelblum
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 305-3136/514-6866
Email: Yonatan.Gelblum@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

3459580.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| SCOTT WHITTINGTON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. 1:07-cv-02135 (RJL) | |
| | ) | | |
| UNITED STATES, | ) | | |
| | ) | | |
| Defendant. | ) | | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION FOR A CONTINUANCE OF THE RULE 26(f) CONFERENCE and PROPOSED ORDER were caused to be served upon plaintiff *pro se* on the 25th day of July, 2008, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> SCOTT A. WHITTINGTON
> 131 Jackrabbit Road
> P.O. Box 2147
> Woodland, Washington 98674

> /s/ Yonatan Gelblum
> YONATAN GELBLUM

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT WHITTINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:07-cv-02135 (RJL) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Having considered the United States' motion for a continuance, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2008, at Washington, District of Columbia,

ORDERED that the United States' application be and is GRANTED;

ORDERED that should the Court deny the United States' motion to dismiss the plaintiff's amended complaint, the parties shall confer pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3 within ____ days of an order by the Court denying said motion;

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

3459586.1

COPIES TO:

YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Yonatan.Gelblum@usdoj.gov

SCOTT A. WHITTINGTON
*Plaintiff pro se*
131 Jackrabbit Road
P.O. Box 2147
Woodland, Washington 98674